
(https://www.mylife.com/)

| My Dashboard (https://www.mylife.com) | Reputation Profile (https://www.mylife.com) | People I Follow (https://www.mylife.com/site/import-contacts.pubview) | Where's My Info (https://www.mylife.com/privacy page=privacy) |

! Court Records found    View Details (/site/ob/init/ps-bgc.pubview?epid=e1605453722286&pagesection=court)

## Marion Osherovitz, 31 (/site/ob/init/ps-bgc.pubview?epid=e1605453722286&pagesection=vcard-name)

*Eatontown, NJ*

**This is Me - Control Page (/site/ob/init/identity-premium.pubview?epid=e1605453722286&pagesection=ID)**

**AKA:** Marion Eyal, Eyal Marion, Mari Osherovitz, Marioan A Osherovitz, Marion A Osherovitz



BAD                    GOOD



View Photos (/site/ob/init/ps-bgc.pubview?epid=e1605453722286&pagesection=photos)

Rate Marion

Approximate Reputation Score

# 1.77 - 2.96 /5

View Actual Reputation Score (/site/ob/init/ps-bgc.pubview?epid=e1605453722286&pagesection=r

View Full Background Details (/site/ob/init/ps-bgc.pubview?epid=e1605453722286&pagesection=r


Edit Page


Review


Message

Lock Info

! **Court & Arrest Records**

### Court, Arrest or Criminal Records 

**Marion DOES have Arrest or Criminal Records.** Check Full Background Report (/site/ob/init/ps-bgc.pubview?epid=e1605453722286&pagesection=arrest) to see possible **arrest or conviction records** we have found on Marion. This may include any **DUIs, traffic tickets** and **outstanding warrants**. When applicable, we may show **where the crime occurred** and provide **details about the offense**.

View Marion's Court, Arrest or Criminal (/site/ob/init/ps-bgc.pubview?epid=e1605453722286&pagesection=arrest)

This is Me - Control Page (/site/ob/init/identity-premium.pubview?epid=e1605453722286&pagesection=ID)

### Lawsuits, Liens or Bankruptcies

Marion may have Lawsuits, Liens or Bankruptcies. Check Full Background Report (/site/ob/init/ps-bgc.pubview?epid=e1605453722286&pagesection=lawsuits) to see local, state and federal court documents, **sensitive legal information** and any **litigation** that Marion may have been involved in. We'll reveal arrest details like **case numbers**, **offense descriptions**, and **booking dates**, where available.

View Marion's Lawsuits, Liens or Bankruptcies (/site/ob/init/ps-bgc.pubview?epid=e1605453722286&pagesection=lawsuits)

This is Me - Control Page (/site/ob/init/identity-premium.pubview?epid=e1605453722286&pagesection=ID)

### Sex Offender Status

Marion may have Sexual Offenses. Check Full Background Report (/site/ob/init/ps-bgc.pubview?epid=e1605453722286&pagesection=sexOffender) to see a complete list of any and all **sex offenses** Marion may have been convicted of and his **current sex offender status** if applicable.

View Marion's Sex Offender Records (/site/ob/init/ps-bgc.pubview?epid=e1605453722286&pagesection=sexOffender)

This is Me - Control Page (/site/ob/init/identity-premium.pubview?epid=e1605453722286&pagesection=ID)

### Eviction Records

Marion may have records indicating that they have been evicted from their home. Check Full Background Report (/site/ob/init/ps-bgc.pubview?epid=e1605453722286&pagesection=sexOffender) to see a complete list of any and all **eviction records** Marion may have.

View Marion's Eviction Records (/site/ob/init/ps-bgc.pubview?epid=e1605453722286&pagesection=sexOffender)

**This is Me - Control Page (/site/ob/init/identity-premium.pubview?epid=e1605453722286&pagesection=ID)**

### Contact Information

 Public   Private

**Recent Address**
36 Musket Ln Eatontown, NJ

(https://address.mylife.com/address-36_musket_ln/eatontown/nj/07724)

**Past Addresses**
964 E 10th St Brooklyn, NY

(https://address.mylife.com/address-964_e_10th_st/brooklyn/ny/11230)

6602 Avenue M Brooklyn, NY

(https://address.mylife.com/address-6602_avenue_m/brooklyn/ny/11234)

View All Addresses (/site/ob/init/ps-bgc.pubview?epid=e1605453722286&pagesection=address)

**Email Addresses**
****@hotmail.com
(/site/ob/init/ps-bgc.pubview?epid=e1605453722286&pagesection=emailonly)

View All Email Addresses (/site/ob/init/ps-bgc.pubview?epid=e1605453722286&pagesection=emailonly)

**Social Profiles**
Check Full Background Report (/site/ob/init/ps-bgc.pubview?epid=e1605453722286&pagesection=social) to see Marion's social media activity. This may contain online profiles, dating websites, forgotten social media accounts, and other potentially embarrassing profiles. This may also contain additional contact information, giving you more ways to get in touch.

View Full Contact Information (/site/ob/init/ps-bgc.pubview?epid=e1605453722286&pagesection=complete-contact)

This is Me - Control Page (/site/ob/init/identity-premium.pubview?epid=e1605453722286&pagesection=ID)

## Family & Friends

Public    Private

### Relatives/Associates

)
Reputation Score: **3.75**/5

)
Brooklyn, NY
Reputation Score: **3.52**/5
⚠ **Alert:** Court Records

)
Far Rockaway, NY
Reputation Score: **2.88**/5
⚠ **Alert:** Court Records

)
Brooklyn, NY
Reputation Score: **3.10**/5

View All Family & Friends (/site/ob/init/ps-bgc.pubview?epid=e1605453722286&pagesection=associates)

### Neighbors

40 Musket Ln
Eatontown, NJ
Reputation Score: **4.22**/5

40 Musket Ln
Eatontown, NJ
Reputation Score: **4.22**/5

)
32 Musket Ln

Eatontown, NJ
Reputation Score: **4.25**/5


█████████████████████████████)
44 Musket Ln
Eatontown, NJ
Reputation Score: **1.68**/5
⚠ **Alert:** Court Records


█████████████████████████████)
32 Musket Ln
Eatontown, NJ
Reputation Score: **3.95**/5


█████████████████████████████)
32 Musket Ln
Eatontown, NJ
Reputation Score: **3.92**/5


█████████████████████████████)
32 Musket Ln
Eatontown, NJ
Reputation Score: **4.22**/5


█████████████████████████████)
32 Musket Ln
Eatontown, NJ
Reputation Score: **3.75**/5


█████████████████████████████)
44 Musket Ln
Eatontown, NJ
Reputation Score: **3.50**/5
⚠ **Alert:** Court Records


█████████████████████████████)
32 Musket Ln
Eatontown, NJ
Reputation Score: **3.75**/5

**Lisa Absatz (/Lisa-Absatz/E913995366)**


44 Musket Ln 5f
Eatontown, NJ
Reputation Score: **3.45**/5
⚠ **Alert:** Court Records

  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬)
32 Musket Ln
Eatontown, NJ
Reputation Score: **3.75**/5

View All Neighbors (/site/ob/init/ps-bgc.pubview?epid=e1605453722286&pagesection=neighbors)

## Classmates

Check Full Background Report (/site/ob/init/ps-bgc.pubview?epid=e1605453722286&pagesection=classmates) to see possible who they are and full classlists found from school records and public sources.

View All Classmates (/site/ob/init/ps-bgc.pubview?epid=e1605453722286&pagesection=classmates)

## Photos

 Public     Private

Check Full Background Report (/site/ob/init/ps-bgc.pubview?epid=e1605453722286&pagesection=photos) to see possible pictures and photo albums found from social and public sources.

View More Photos (/site/ob/init/ps-bgc.pubview?epid=e1605453722286&pagesection=photos)

**This is Me - Control Page (/site/ob/init/identity-premium.pubview?epid=e1605453722286&pagesection=ID)**

## Reviews & Ratings (0)

Improve Rating                                                                                   Write Review

    

We are thrilled to introduce your personal review section. We assume the best of everyone we first meet, and agree with Hemingway when he said "The best way to find out if you can trust somebody is to trust them." PLEASE ASK OTHERS TO REVIEW YOU - it is important. We expect your reviews to be a positive reflection of

who you are, helping you to build a great reputation that friends, employers, clients, dates, and everyone will see. It is how people assess you, just like a business on Yelp, so it is important that you look good to the world.

## Work & Education

### Work History 

Check Full Background Report (/site/ob/init/ps-bgc.pubview?epid=e1605453722286&pagesection=work) to see complete work history. This may contain information such as company name, job title, address, and time period of service.

### Corporate Affiliations

Check Full Background Report (/site/ob/init/ps-bgc.pubview?epid=e1605453722286&pagesection=corporate) to see a complete list of known corporate affiliations. This may contain information such as company name, job title, address, and time period of service.

### School History 

Check Full Background Report (/site/ob/init/ps-bgc.pubview?epid=e1605453722286&pagesection=education) to see possible education history including where and when they attending high school and college, and a complete list of their high school class list.

**This is Me - Control Page (/site/ob/init/identity-premium.pubview?epid=e1605453722286&pagesection=ID)**

## Marion's Bio

 Public   Private

### Summary 

Marion Osherovitz's birthday is 06/15/1988 and is 31 years old. Previously city included Brooklyn NY. Marion also answers to Marion Eyal, Eyal Marion, Mari Osherovitz, Marioan A Osherovitz and Marion A Osherovitz, and perhaps a couple of other names. Marion's personal network of family, friends, associates & neighbors include Alan Osherovitz (/alan-osherovitz/e31968961294890), David Eyal (/david-eyal/e213963121230), Abraham Sahan (/abraham-sahan/e154909726908), Robin Rosenthal (/robin-rosenthal/e213999373212) and Jenny Zeevi (/jenny-zeevi/e42661955230608). View All Details (/site/ob/init/ps-bgc.pubview?epid=e1605453722286&pagesection=bio)

**Birthday:** 6/15/1988
**Political Party:** Info Pending...
**Ethnicity:** Info Pending...
**Religion:** Info Pending...
**Income:** Info Pending...

**Net Worth:** Info Pending...
**Relationship:** Info Pending...
**Kids:** Info Pending...

**Marion has yet to verify this information. See any inaccuracies?**
**Edit for Free**

## Properties 

Check Full Background Report (/site/ob/init/ps-bgc.pubview?epid=e1605453722286&pagesection=work) to see personal property information. This may contain information such as current home value and purchase price.

## Automobile 

**Year:** Info Pending...
**Make:** Info Pending...
**Model:** Info Pending...

## Licenses and Permits

Check Full Background Report (/site/ob/init/ps-bgc.pubview?epid=e1605453722286&pagesection=licenses) to see weapons permits, Federal Aviation Administration pilot licenses and Drug Enforcement Administration licenses for prescribing controlled pharmaceuticals.

**This is Me - Control Page (/site/ob/init/identity-premium.pubview?epid=e1605453722286&pagesection=ID)**

Home (/)  >  People Search (/people-search/)  >
NJ (https://www.mylife.com/people-search/nj/find/marion-osherovitz)  >
Eatontown (https://www.mylife.com/people-search/nj/eatontown/find/marion-osherovitz)  >
Marion Osherovitz (https://www.mylife.com/marion-osherovitz/)

Find Anyone:

A (https://www.mylife.com/people-search/a/)  |  B (https://www.mylife.com/people-search/b/)  |
C (https://www.mylife.com/people-search/c/)  |  D (https://www.mylife.com/people-search/d/)  |
E (https://www.mylife.com/people-search/e/)  |  F (https://www.mylife.com/people-search/f/)  |
G (https://www.mylife.com/people-search/g/)  |  H (https://www.mylife.com/people-search/h/)  |
I (https://www.mylife.com/people-search/i/)  |  J (https://www.mylife.com/people-search/j/)  |
K (https://www.mylife.com/people-search/k/)  |  L (https://www.mylife.com/people-search/l/)  |
M (https://www.mylife.com/people-search/m/)  |  N (https://www.mylife.com/people-search/n/)  |
O (https://www.mylife.com/people-search/o/)  |  P (https://www.mylife.com/people-search/p/)  |
Q (https://www.mylife.com/people-search/q/)  |  R (https://www.mylife.com/people-search/r/)  |
S (https://www.mylife.com/people-search/s/)  |  T (https://www.mylife.com/people-search/t/)  |
U (https://www.mylife.com/people-search/u/)  |  V (https://www.mylife.com/people-search/v/)  |
W (https://www.mylife.com/people-search/w/)  |  X (https://www.mylife.com/people-search/x/)  |
Y (https://www.mylife.com/people-search/y/)  |  Z (https://www.mylife.com/people-search/z/)

People Search (/people-search/) | Contact Us (https://www.mylife.com/contact-us)
User Agreement (/user-agreement) | Privacy Policy (/privacy-policy)
Copyright ©2019 MyLife.com®, Inc.